IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENYON MURRAY,

    Petitioner,

v.                                      CASE NO. 4:07-cv-00373-MP-WCS

WALTER A MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to prosecute and to follow the orders of the Court. Plaintiff has not filed an objection to the Report and Recommendation, and the time for doing so has passed. The Court agrees with the Magistrate Judge that Plaintiff has failed to prosecute this case and to comply with orders of the Court. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge at doc. 12 is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *13th* day of August, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge